**FOREST HAVEN LIMITED PARTNERSHIP, Appellant,**

v.

**MISSOURI DEPARTMENT OF SOCIAL SERVICES, DIVISION OF MEDICAL SERVICES, Respondent.**

**No. WD 47550.**

Missouri Court of Appeals, Western District.

March 8, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1994.

Jonathan F. Dalton, St. Louis, for appellant.

Morris L. Woodruff, Jefferson City, for respondent.

Before BERREY, C.J., P.J., and KENNEDY and ELLIS, JJ.

***ORDER***

PER CURIAM:

Appeal from decision of Circuit Court of Cole County, which affirmed the decision of the Administrative Hearing Commission denying appellant's complaint. Appellant

sought to have the high volume provider adjustment included in its per diem rate.

Affirmed.   Rule 84.16(b).